AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEREMY JOHN WELLS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-164

WARDEN EDWARD PHILBIN, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of January 25, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Plaintiff's request to proceed in forma paupeis in DENIED, and this action is DISMISSED without prejudice. This civil action stands CLOSED.

| 01/26/2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/2020